IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

SHERMAN GARNER,                         )
                                        )
            Plaintiff,                  )
                                        )
      v.                                )           1:05CV00098
                                        )
UNITED STATES OF AMERICA,               )
JOHN ASHCROFT, ANNA MILLS               )
WAGONER, and DEPARTMENT                 )
OF VETERANS AFFAIRS,                    )
                                        )
            Defendants.                 )
_____)

ORDER

For the reasons set forth in the contemporaneously filed Memorandum

Opinion, Defendants' Motion to Dismiss Plaintiff's claims against Defendants Anna

Mills Wagoner, John Ashcroft, and the Department of Veterans Affairs [Doc. #10]

is GRANTED.  The United States will remain as the sole defendant in this case.

Additionally, Defendants Motion to Strike Plaintiff's jury demand [Doc. #8] is

GRANTED.

This the day of March 2, 2006

                                        ___/s/ N. Carlton Tilley, Jr.___
                                        United States District Judge