IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| SHERMAN GARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:05CV00098 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that summary judgment is granted for the Defendant and this case is, hereby, DISMISSED.

    This the day of March 1, 2007

                                          /s/ N. Carlton Tilley, Jr.
                                          United States District Judge